1 **HAYES H. GABLE, III**
Attorney at Law - SBN 060368
2 428 J Street, Suite 354
Sacramento, California 95814
3 Telephone: (916) 446-3331
Facsimile: (916) 447-2988
4
Attorney for Defendant
5 FELICIA EDWARDS

6
## IN THE UNITED STATES DISTRICT COURT
7
## FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9
| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:10-cr-0211 KJN |
| Plaintiff, ) | |
| ) | **STIPULATION AND** |
| v. ) | **ORDER TO SCHEDULE SENTENCE** |
| ) | **FOR JULY 27, 2011** |
| **FELICIA EDWARDS**, ) | |
| Defendant. ) | |
| _____ ) | |

16      The parties request that the sentencing in this case be scheduled for July 27, 2011 at 2:00

17 p.m. in Courtroom 8 before the Honorable Kendall J. Newman, U.S. Magistrate Judge. The

18 parties have confirmed the availability of this date with the Court's clerk.

19

20                                         Respectfully submitted,

21 Dated: May 26, 2011                       /s/ Hayes H. Gable, III
                                            HAYES H. GABLE, III
22                                          Attorney for Felicia Edwards

23
Dated: May 26, 2011                          /s/ Jared C. Dolan
24                                          JARED C. DOLAN
                                            Assistant U.S. Attorney

-1-

**ORDER**

IT IS HEREBY ORDERED that sentencing in this case be scheduled for July 27, 2011, at 9:00 a.m., in Courtroom 25.

Dated: May 31, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE